BOLESLAW WYSZYNSKI, Respondent, v. MATRONA WYSZYNSKI, Appellant.— In an action to compel the defendant specifically to perform an oral agreement to hold real property in trust and to make conveyance thereof upon demand, judgment entered in favor of plaintiff, after trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ.